IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIE DEAN MARLAR**                                                         **PLAINTIFF**

**v.**                           **No: 4:19-cv-00022-LPR**

**ABC TRANSPORTATION, INC.,** *et al*.                               **DEFENDANT**

## JUDGEMENT

Based on the Order entered today, it is considered, ordered, and adjudged that this case is dismissed.

So adjudged this 6th day of January, 2020.

                                                                           Lee P. Rudofsky
                                                                           UNITED STATES DISTRICT JUDGE